

# Fourth Court of Appeals
## San Antonio, Texas

April 19, 2022

No. 04-22-00077-CV

**IN THE INTEREST OF V.M.M.**, a child,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2021EM504017
Honorable Nick Catoe Jr., Judge Presiding

# O R D E R

On April 12, 2022, the trial court clerk notified this court that the clerk's record was not filed when it was originally due because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant was not entitled to appeal without paying the fee. It is therefore ORDERED that appellant provide written proof to this court within ten days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. The clerk's record must be filed no later than ten days after the date appellant's written proof is filed with this court. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of April, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court